| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Timothy J. Jasinski   7/14 |
| 1. Article Addressed to:<br><br>Warden Billy Mitchem<br>Limestone Correctional Facility<br>28779 Nick Davis Road<br>Harvest, AL 35749 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>   2:05CV630-T<br>   B+0                    20 |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7005 1160 0001 3017 3010 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |