

```
ACR0372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2002 000325.00
OPER: DBH                     CASE ACTION SUMMARY
PAGE:    1                    CIRCUIT   CRIMINAL              RUN DATE: 03/13/2002
============================================================================================
IN THE CIRCUIT COURT OF MONTGOMERY                                        JUDGE: EWR

STATE  OF  ALABAMA                  VS     WRIGHT KONDELL DEMOND
                                           7406 HWY 94
CASE: CC 2002 000325.00
                                           RAMER, AL  36069 0000

DOB: 09/23/1982         SEX: M  RACE: B  HT: 5 07  WT: 135  HR: BLK  EYES: BRO
SSN: 420137476  ALIAS NAMES:
============================================================================================
CHARGE01: MURDER CAPITAL          CODE01: CMUR   LIT: MURDER CAPITAL  TYP: F  #: 001
CHARGE02: MURDER CAPITAL          CODE02: CMUR                        TYP: F  #: 001
CHARGE03: CONSPIRACY -ROBBERY     CODE03: ROB1C                       TYP: F  #: 001
CHARGE04: ROBBERY 1ST             CODE04: ROB1                        TYP: F  #: 001
CHARGE05: ASSAULT 1ST DEGREE      CODE05: ASS1                        TYP: F  #: 001
CHARGE06: ASSAULT 1ST DEGREE      CODE06: ASS1                        TYP: F  #: 001
OFFENSE DATE: 03/03/2001                  AGENCY/OFFICER: 0030100

DATE WAR/CAP ISS:                         DATE ARRESTED: 03/15/2001
DATE     INDICTED: 03/08/2002             DATE    FILED: 03/13/2002
DATE     RELEASED:                        DATE  HEARING:
BOND      AMOUNT:           $.00             SURETIES:

DATE 1:            DESC:                  TIME: 0000
DATE 2: 03/25/2002 DESC: ARRG             TIME: 0300 P

TRACKING NOS: GJ 2002 030285 00  /
```

DEF/ATY: Sterling Frith A          TYPE: Jerry Heilman        A         13 ✓
                    00000                                     0000   Oct. 21 ✓
                                                                     Oct. 21
PROSECUTOR:                                                          Oct. 21

```
============================================================================================
OTH CSE: GJ200203028500  CHK/TICKET NO: WR 01-147      GRAND JURY: 265
COURT REPORTER: _____ SID NO:    000000000
DEF STATUS: JAIL                DEMAND:                              OPER: DBH
============================================================================================
DATE           ACTIONS, JUDGEMENTS, AND NOTES
============================================================================================
```

| | |
|---|---|
| 3-15-02 | Request for Discovery |
| 4-16-02 | ∆ appeared before the Court for arraignment + status/scheduling conference with attorneys Frith + Heilman. The State read the indictment to ∆ at which time he entered a plea of not guilty & not guilty by reason of mental disease or defect. Trial set 10-21-02 @ 9:00 AM |
| | *Eugene W. Reese* |
| 4-5-02 | Appl. For YOA |

EXHIBIT A

1

```
ACR0369   ALABAMA   JUDICIAL   INFORMATION   CENTER
                    CASE ACTION SUMMARY           CASE: CC 2002 000325.00
                       CONTINUATION               JUDGE ID:  EWR

STATE OF ALABAMA              VS      WRIGHT KONDELL DEMOND
```

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 4-5-02 | Motion For Independent Mental Evaluation |
| 4-16-02 | "    "    "    "    "    Granted |
| 4-5-02 | Motion For Extraordinary Expenses of Independent Mental Evaluation |
| 4-16-02 | Mo. For Extra. Expenses Granted |
| 3-26-02 | Affidavit of Indigency and Order |
| 8/02/02 | Motion to Extend time for filing Motions - Granted |
| 9/11/02 | Notice of Discovery to Def... Motion for Discovery by the State |
| 10/01/02 | Motion to Suppress Evidence Seized after an illegal Search |
| 10-02-02 | Motion to Continue |
| 11-12-02 | Hearing on M/Suppress - Motion Denied (See Order of 11-12-02) EWR:% |
| 11/25/02 | State's Response to Def's Motion to Suppress Evidence seized after an illegal Search |
| 12-10-02 | Status Conf - no motions filed - State + A awaiting on independent psychological report - to be filed ASAP. Trial remains set 1-13-03 % |
| 11-26-02 | Defendant's Brief In Support of Motion To Suppress |
| 12-6-02 | Order signed 12-6-02 Denying Motion To Suppress |



A-2

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | CC-2002-325 |
|---|---|---|
| Form C-7    Rev 2/79 | | |

Style:

State vs. Kondell Demond Wright    Page Number ___ of ___ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 1-8-03 | Δ with attorneys appeared before the Court. Pursuant to plea agreement, State's Motions to Nolle Pross Counts I, IV and V Granted. State's Motion to Amend Count II to Felony Murder (during robbery) GRANTED. Δ will plead to Count II as amended to Felony Murder and Count III - Conspiracy to Commit Robbery and Count VI - Assault first Degree. (See below.)  Eugene W. Reese |
| 1-8-03 | The Defendant comes before the Court with Attorney of record. Changes plea from not guilty to guilty of Count II As Amended to Felony Murder (during robbery); Count III - Conspiracy to Commit Robbery; and Count VI - Assault First Degree. The Court on the Record fully explained to Defendant his Constitutional rights. The Court is convinced that Defendant comes into the Court voluntarily and understands all Constitutional rights. Exhibit A is signed by Defendant and the Record affirmatively shows colloquy between the Judge and Defendant as to Defendant's full and complete understanding as to Constitutional rights and as to all of the waivers that a guilty plea effects and the consequences thereof. Upon the conclusion of said colloquy the Court accepts the guilty plea and finds the Defendant guilty of Ct II - Felony Murder; Count III - Conspiracy to Commit Robbery; and Count VI Assault I.  Sentence Set 2-13-03 at 9:00AM   Eugene W. Reese |

A-3

| State of Alabama Unified Judicial System | CASE ACTION SUMMARY CONTINUATION | Case Number CC-2002-0325 |
|---|---|---|
| Form C-7  Rev 2/79 | | |

Style:

Kondel Wright                               Page Number ____ of ____ Pages

| DATE | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|
| 2-13-03 | The Defendant with attorneys Sterling Frith and Terry Heilman appeared before the Court for sentencing pursuant to written plea agreement signed by the Defendant and all counsel and made a part of the record. The victim's mother was also present for sentencing hearing. The Court, having considered the Pre-sentence Investigation Report and having asked the Defendant if he had anything to say prior to sentence, and the Defendant reading a prepared statement, pursuant to said plea agreement, On Count II (Felony Murder during Robbery) he is sentenced to the Department of Corrections for a term of **LIFE**. On Counts III (Conspiracy to Commit Robbery First Degree) and Count VI, (Assault First Degree), he is sentenced to the Department of Corrections for **20 years** on each count. Sentences on all three counts to run **concurrently**. Defendant ordered to pay Court costs, attorneys fees, and $50 to Victim's Compensation Fund on each count and restitution in the amount of $8,328.80. One-half of any monies to which the Defendant may become entitled while incarcerated to be applied toward satisfaction of said amounts. Defendant advised of right to appeal, however, as a part of the plea agreement, Defendant waived right to appeal, both direct and indirect. <br><br>  *Eugene W. Reese*  GENE REESE |

Rec'd 2/14/03

Comp.

A-4